| | | |
|---|---|---|
| Joseph Gilreath, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | |
| Thomas Hatch, Michael Bain, | ) | No. 5:11-CV-627-BR |
| Cumberland County Board of Education, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**Decision by Court and Jury.**

**IT IS ORDERED, ADJUDGED AND DECREED** that defendants' motion to dismiss [DE#10] is allowed in part and denied in part without prejudice. Defendants Thomas Hatch and Michael Bain are DISMISSED from this action.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that defendant did not retaliate against plaintiff for engaging in protected activity under the ADA and plaintiff shall recover nothing from defendant. This action is dismissed.

**This judgment filed and entered on November 7, 2014, and served on:**

Christopher James Anglin (via via CM/ECF Notice of Electronic Filing)
Adam S. Mitchell (via CM/ECF Notice of Electronic Filing)
Daniel W. Clark (via CM/ECF Notice of Electronic Filing)

November 7, 2014 /s/ Julie A. Richards,
Clerk of Court